| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>**Benjamin Heston (297798)**<br>**100 Bayview Circle #100**<br>**Newport Beach, CA 92660**<br>**Tel: 949-312-1377**<br>**Fax: 949-288-2054**<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br><br>Nathan Bonar<br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER:  7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION**<br>**DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/25/2023          Nathan Bonar
                     Printed name of Debtor 1                    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____          _____          _____
                     Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                   **F 1002-1.EMP.INCOME.DEC**

## Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK NUMBER | 070 |
|-----|------|-------|--------------|-----|
| 7L2 | 000787 | | 0000016581 1 | |

SEQ 006190

UNIVERSAL PLACEMENT PROGRAM LLC
680 E COLORADO BLVD
SUITE 180 2ND FLOOR
PASADENA, CA 91101-5122

| Period Beginning: | 12/16/2023 |
|-------------------|-----------|
| Period Ending: | 12/29/2023 |
| Pay Date: | 01/05/2024 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal Standard Withholding Table

NATHAN N BONAR
3002 LANSBURY AVENUE
CLAREMONT CA 91711

Social Security Number: XXX-XX-3628

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 26.0000 | 26.17 | 680.42 | 680.42 |
| Extra | | | 39.26 | 39.26 |
| **Gross Pay** | | | **$719.68** | 719.68 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Federal Income Tax | -19.82 | 15.02 | |
| | Social Security Tax | -44.62 | 44.62 | |
| | Medicare Tax | -10.44 | 10.44 | |
| | CA State Income Tax | -6.89 | 6.89 | |
| | CA SDI Tax | -7.92 | 7.92 | |
| **Net Pay** | | **$633.99** | | |
| **Net Check** | | **$633.99** | | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Sicavi | 3.00 | |
| Totl Hrs Worked | 26.17 | |

**Important Notes**
COMPANY PH# : 626-795-2912

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
CA:          Single
Exemptions/Allowances:
CA:          0

Your federal taxable wages this period are $719.68

---

## Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK NUMBER | 070 |
|-----|------|-------|--------------|-----|
| 7L2 | 000787 | | 0000016581 1 | |

SEQ 003579

UNIVERSAL PLACEMENT PROGRAM LLC
680 E COLORADO BLVD
SUITE 180 2ND FLOOR
PASADENA, CA 91101-5122

| Period Beginning: | 12/02/2023 |
|-------------------|-----------|
| Period Ending: | 12/15/2023 |
| Pay Date: | 12/22/2023 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal Standard Withholding Table

NATHAN N BONAR
3002 LANSBURY AVENUE
CLAREMONT CA 91711

Social Security Number: XXX-XX-3628

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 26.0000 | 19.47 | 506.22 | 6,006.00 |
| Extra | | | 20.21 | 337.53 |
| **Gross Pay** | | | **$526.43** | 6,343.53 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Social Security Tax | -32.64 | 393.30 | |
| | Medicare Tax | -7.63 | 91.98 | |
| | CA SDI Tax | -4.74 | 57.09 | |
| | Federal Income Tax | | 172.64 | |
| | CA State Income Tax | | 45.58 | |
| **Net Pay** | | **$481.42** | | |
| **Net Check** | | **$481.42** | | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Sicavi | 3.00 | |
| Totl Hrs Worked | 19.47 | |

**Important Notes**
COMPANY PH# : 626-795-2912

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
CA:          Single
Exemptions/Allowances:
CA:          0

Your federal taxable wages this period are $526.43

## Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | NUMBER | 979 |
|-----|------|-------|-------|--------|-----|
| 7L2 | 000787 | | | 0000016547 | 1 |

SEQ. 003192

UNIVERSAL PLACEMENT PROGRAM LLC
680 E COLORADO BLVD
SUITE 180 2ND FLOOR
PASADENA, CA 91101-5122

Period Beginning: 11/18/2023
Period Ending: 12/01/2023
Pay Date: 12/08/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

NATHAN N BONAR
3002 LANSBURY AVENUE
CLAREMONT CA 91711

Social Security Number: XXX-XX-3628

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 26.0000 | 8.48 | 220.48 | 5,499.78 |
| Extra | | | 12.72 | 317.32 |
| Gross Pay | | | $233.20 | 5,817.10 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Sicavl | 3.00 | |
| Totl Hrs Worked | 8.48 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -14.46 | 360.66 |
| | Medicare Tax | -3.38 | 84.35 |
| | CA SDI Tax | -2.09 | 52.35 |
| | Federal Income Tax | | 172.64 |
| | CA State Income Tax | | 45.58 |
| | Net Pay | $213.27 | |
| | Net Check | $213.27 | |

**Important Notes**
COMPANY PH# : 626-795-2912

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0

Your federal taxable wages this period are $233.20

---

## Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | NUMBER | 070 |
|-----|------|-------|-------|--------|-----|
| 7L2 | 000787 | | | 0000016507 | 1 |

SEQ. 002301

UNIVERSAL PLACEMENT PROGRAM LLC
680 E COLORADO BLVD
SUITE 180 2ND FLOOR
PASADENA, CA 91101-5122

Period Beginning: 11/04/2023
Period Ending: 11/17/2023
Pay Date: 11/24/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

NATHAN N BONAR
3002 LANSBURY AVENUE
CLAREMONT CA 91711

Social Security Number: XXX-XX-3628

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 26.0000 | 12.45 | 323.70 | 5,279.30 |
| Extra | | | 18.68 | 304.60 |
| Gross Pay | | | $342.38 | 5,583.90 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Sicavl | 3.00 | |
| Totl Hrs Worked | 12.45 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Social Security Tax | -21.23 | 346.20 |
| | Medicare Tax | -4.97 | 80.97 |
| | CA SDI Tax | -3.09 | 50.26 |
| | Federal Income Tax | | 172.64 |
| | CA State Income Tax | | 45.58 |
| | Net Pay | $313.09 | |
| | Net Check | $313.09 | |

**Important Notes**
COMPANY PH# : 626-795-2912

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0

CO.   FILE   DEPT.   CLOCK   NUMBER
7L2   000787                    0000016507   1

UNIVERSAL PLACEMENT PROGRAM LLC
680 E COLORADO BLVD
SUITE 180 2ND FLOOR
PASADENA, CA 91101-5122

Period Beginning:   11/17/2023
Pay Date:   11/24/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

NATHAN N BONAR
3002 LANSBURY AVENUE
CLAREMONT CA 91711

Social Security Number: XXX-XX-3628

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 12.45 | 323.70 | 5,279.30 |
| Extra | | | 18.68 | 304.60 |
| **Gross Pay** | | | **$342.38** | 5,583.90 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicavi | 3.00 | |
| Toll Hrs Worked | 12.45 | |

**Important Notes**
COMPANY PH# : 626-795-2912

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -21.23 | 346.20 |
| | Medicare Tax | -4.97 | 80.97 |
| | CA SDI Tax | -3.09 | 50.26 |
| | Federal Income Tax | | 172.64 |
| | CA State Income Tax | | 45.58 |
| | **Net Pay** | **$313.09** | |
| | **Net Check** | **$313.09** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
    CA:   Single
Exemptions/Allowances:
    CA:   0

... taxable wages this period are $342.38

2006, ADP, Inc., All Rights Reserved.

---

CO.   FILE   DEPT.   CLOCK   NUMBER   070
7L2   000787                    0000016481   1

SEQ 003598
UNIVERSAL PLACEMENT PROGRAM LLC
680 E COLORADO BLVD
SUITE 180 2ND FLOOR
PASADENA, CA 91101-5122

# Earnings Statement

**ADP**

Period Beginning:   10/21/2023
Period Ending:   11/03/2023
Pay Date:   11/10/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

NATHAN N BONAR
3002 LANSBURY AVENUE
CLAREMONT CA 91711

Social Security Number: XXX-XX-3628

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 14.10 | 366.60 | 4,955.60 |
| | | | 21.15 | 285.92 |
| **Gross Pay** | | | **$387.75** | 5,241.52 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicavi | 3.00 | |
| Toll Hrs Worked | 14.10 | |

**Important Notes**
COMPANY PH# : 626-795-2912

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -24.04 | 324.97 |
| | Medicare Tax | -5.62 | 76.00 |
| | CA SDI Tax | -3.49 | 47.17 |
| | Federal Income Tax | | 172.64 |
| | CA State Income Tax | | 45.58 |
| | **Net Pay** | **$354.60** | |
| | **Net Check** | **$354.60** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
    CA:   Single
Exemptions/Allowances:
    CA:   0

Your federal taxable wages this period are $387.75

2006, ADP, Inc., All Rights Reserved.

## Earnings Statement

CO. FILE DEPT. CLOCK NUMBER
7L3 000787 0000018421 1

SEQ 003305
UNIVERSAL PLACEMENT PROGRAM LLC
680 E COLORADO BLVD
SUITE 180 2ND FLOOR
PASADENA, CA 91101-5122

Period Beginning: 09/23/2023
Period Ending: 10/06/2023
Pay Date: 10/13/2023

NATHAN N BONAR
3002 LANSBURY AVENUE
CLAREMONT CA 91711

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

Social Security Number: XXX-XX-3628

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 12.30 | 319.80 | 4,018.30 |
| Extra | | | 18.45 | 231.84 |
| **Gross Pay** | | | **$338.25** | 4,250.14 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -20.97 | 263.51 |
| | Medicare Tax | -4.91 | 61.63 |
| | CA SDI Tax | -3.04 | 38.25 |
| | Federal Income Tax | | 165.54 |
| | CA State Income Tax | | 45.58 |
| | **Net Pay** | **$309.33** | |
| | **Net Check** | **$309.33** | |

Your federal taxable wages this period are $338.25

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicavi | 3.00 | |
| Totl Hrs Worked | 12.30 | |

**Important Notes**
COMPANY PH# : 626-795-2912

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
CA:      Single
Exemptions/Allowances:
CA:      0

---

## Earnings Statement

CO. FILE DEPT. CLOCK NUMBER 070
7L3 000787 0000016453 1

SEQ 003944
UNIVERSAL PLACEMENT PROGRAM LLC
680 E COLORADO BLVD
SUITE 180 2ND FLOOR
PASADENA, CA 91101-5122

Period Beginning: 10/07/2023
Period Ending: 10/20/2023
Pay Date: 10/27/2023

NATHAN N BONAR
3002 LANSBURY AVENUE
CLAREMONT CA 91711

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

Social Security Number: XXX-XX-3628

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 21.95 | 570.70 | 4,589.00 |
| Extra | | | 32.93 | 264.77 |
| **Gross Pay** | | | **$603.63** | 4,853.77 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -7.10 | 172.64 |
| | Social Security Tax | -37.42 | 300.93 |
| | Medicare Tax | -8.75 | 70.38 |
| | CA SDI Tax | -5.43 | 43.68 |
| | CA State Income Tax | | 45.58 |
| | **Net Pay** | **$544.93** | |
| | **Net Check** | **$544.93** | |

Your federal taxable wages this period are $603.63

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sicavi | 3.00 | |
| Totl Hrs Worked | 21.95 | |

**Important Notes**
COMPANY PH# : 626-795-2912

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
CA:      Single
Exemptions/Allowances:
CA:      0

## Earnings Statement — ADP

```
CO.   FILE   DEPT.   CLOCK NUMBER   070
7L2   000787                0000016344   1
            SEQ  00351F
```

UNIVERSAL PLACEMENT PROGRAM LLC
680 E COLORADO BLVD
SUITE 180 2ND FLOOR
PASADENA, CA 91101-5122

Period Beginning:  08/26/2023
Period Ending:     09/08/2023
Pay Date:          09/15/2023

NATHAN N BONAR
3002 LANSBURY AVENUE
CLAREMONT CA 91711

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal Standard Withholding Table

Social Security Number: XXX-XX-3628

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 26.0000 | 32.82 | 853.32 | 3,429.40 |
| Extra | | | 49.23 | 197.86 |
| **Gross Pay** | | | **$902.55** | 3,627.26 |

| Deductions | Statutory | | |
|------------|-----------|--------|--------|
| | Federal Income Tax | -36.99 | 165.54 |
| | Social Security Tax | -55.96 | 224.89 |
| | Medicare Tax | -13.09 | 52.60 |
| | CA State Income Tax | -11.19 | 45.58 |
| | CA SDI Tax | -8.13 | 32.65 |
| | **Net Pay** | **$777.19** | |
| | **Net Check** | **$777.19** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Sicavl | 3.00 | |
| Tot! Hrs Worked | 32.82 | |

**Important Notes**
COMPANY PH# : 626-795-2912

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:                Single
Exemptions/Allowances:
  CA:                0

Your federal taxable wages this period are $902.55

2008 ADP, Inc. All Rights Reserved.

---

## Earnings Statement — ADP

```
CO.   FILE   DEPT.   CLOCK NUMBER   070
7L2   000787                0000016385   1
            SEQ  003439
```

UNIVERSAL PLACEMENT PROGRAM LLC
680 E COLORADO BLVD
SUITE 180 2ND FLOOR
PASADENA, CA 91101-5122

Period Beginning:  09/09/2023
Period Ending:     09/22/2023
Pay Date:          09/29/2023

NATHAN N BONAR
3002 LANSBURY AVENUE
CLAREMONT CA 91711

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal Standard Withholding Table

Social Security Number: XXX-XX-3628

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 26.0000 | 10.35 | 269.10 | 3,698.50 |
| Extra | | | 15.53 | 213.39 |
| **Gross Pay** | | | **$284.63** | 3,911.89 |

| Deductions | Statutory | | |
|------------|-----------|--------|--------|
| | Social Security Tax | -17.65 | 242.54 |
| | Medicare Tax | -4.12 | 56.72 |
| | CA SDI Tax | -2.56 | 35.21 |
| | Federal Income Tax | | 165.54 |
| | CA State Income Tax | | 45.58 |
| | **Net Pay** | **$260.30** | |
| | **Net Check** | **$260.30** | |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Sicavl | 3.00 | |
| Tot! Hrs Worked | 10.35 | |

**Important Notes**
COMPANY PH# : 626-795-2912

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  CA:                Single
Exemptions/Allowances:
  CA:                0

Your federal taxable wages this period are $284.63

All Rights Reserved.