Certificate Number: 14912-CAC-DE-038241062

Bankruptcy Case Number: 24-10194



14912-CAC-DE-038241062

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 3, 2024</u>, at <u>8:19</u> o'clock <u>PM EST</u>, <u>Nathan Bonar</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  March 3, 2024            By:    /s/Jai Bhatt

                                Name:  Jai Bhatt

                                Title: Counselor